Swan v. Wheat. — Motion for leave to appeal to the Court of Appeals denied.

Ida E. Parks v. Charles H. Ellsworth and others. — Motion to dismiss appeal from order directing the defendant to appear and be examined as a witness before the trial, denied. Motion to dismiss appeal from order requiring defendant to answer particular question, granted. No costs of either appeal to either party.

Joel Sprague v. Melvin L. Smith. — Motion denied.

George B. Kent and another, Appellants, v. Michael Kalb and others, Respondents. — Judgment reversed and new trial ordered, costs to abide event. Opinion by Barker, J.; dissenting opinion by Bradley, J.

Edward Hughes, Appellant, v. Joseph H. Jones and others, Respondents. — Judgment affirmed, with costs. Opinion by Barker, J.

---

## First Department, October Term, 1885. *

The Mutual Life Insurance Company, Respondent v. Willett Bronson and others, Appellants — Order affirmed, without costs. Opinion by Davis, P. J.

Morris Newman, Respondent, v. George A. Reynolds, Appellant. — Order reversed and motion to change the place of trial from New York to Oneida county granted, with ten dollars costs of motion, and ten dollars costs of appeal and disbursements to abide event.

In the Matter of Adam W. Spies, to vacate assessment. — Order affirmed, without costs. Davis, P. J., dissenting.

In the Matter of Leonard Scott, order affirmed, without costs.

Ernest F. Drewson, Respondent, v. The American Surety Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

In the Matter of John H. Fraser. — Order reversed, without costs. Opinion by Brady, J.

Mary E. Crotty and another, Respondents, v. Richard B. Kimball, Appellant.

Same v. Same. — Order affirmed so far as it vacates the order of arrest, and reversed so far as it requires the defendant to stipulate not to sue, with ten dollars costs and disbursements to the defendant. Opinion by Brady, J.

Manly N. Cutter, Appellant, v. Cora Morris, Respondent. — Order modified by striking out the stenographer's fees and ten dollars of the trial fees, and affirmed as modified, without costs.

James H. Hume and another, Respondents, v. James A. Barrus, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Emily D. Jex and another, Appellants, v. The Mayor, etc., of the City of New York, Respondent. — Judgment affirmed.

The People of the State of New York ex rel. William Z. Mullin, v. Stephen B. French and others, Respondents. — Proceedings affirmed, without costs. Opinion by Brady, J.

Walter S. West, Appellant, v. Edwin R. Livermore, Respondent. — Order reversed, without costs, and motion to amend allowed, on payment of costs, up to the time of application to be adjusted.

Henry Clews and another, Respondents, v. Cornelius Reilly, Appellant — Order affirmed, with ten dollars costs and disbursements, to abide event.

Edgar Williams and another, Appellants, v. Elsworth L. Striker and another, Respondents. — Judgment reversed, new trial granted, costs to abide event, and order denying motion for new trial reversed, without costs.

John Scannell, Respondent, v. Lewis J. Phillips and others, Appellants. — Judgment affirmed.

William J. Ladd, Appellant, v. Marinus Willett, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

The Land Company of New Mexico (Limited), Appellant, v. Stephen B. Elkins and others, Respondents. — Order affirmed, with ten dollars costs and disbursements.

George W. Van Siclen, Respondent, v. Charles Rayher, Appellant. — Order affirmed, with ten dollars costs and disbursements to abide event.

Isaac Frank, Appellant, v. Henry Mayer, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

The Unexcelled Fireworks Company, Respondent, v. Richard M. Collins, Appellant. — Order reversed, with ten dollars costs and disbursements, with leave to renew the motion in the court below.

Benjamin L. Briggs, Respondent, v. Joseph Freedman, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion denied. Opinion by Davis, P. J.

John H. Robbins, Respondent, v. Charlotte P. Robbins, Appellant. — Order affirmed, without costs.

Julia Nugent, Respondent, v. Lucy Vandeveer, Appellant. — Judgment reversed, new trial granted, costs to abide event. Opinion by Brady, J.

Charles T. Russell and another, Appellants, v. Samuel W. Allerton, Respondent. — Judgment affirmed on argument.

Eleanor B. King, Respondent, v. William Mackellar, Appellant. — Judgment affirmed, with costs.

Mary Wetmore, as Administratrix, etc., Appellant, v. George C. Wetmore and others, Respondents. — Judgment affirmed on opinion of Barrett, J., without costs.

Peter McGinness, Respondent, v. John W. Ellis, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Adolph Schloss and others, Appellants, v. Abraham Wallach and others, Respondents. — Order reversed and motion denied, with ten dollars costs and disbursements.

Mary J. Olmstead, Respondent, v. Benjamin F. Olmstead, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Helen A. Babcock and others, Appellants, v. Oliver M. Arkenburgh, Respondent. — Order, so far as relates to continuing injunction, reversed, and order made as directed in opinion, and so far as relates to amending the complaint, affirmed with costs to abide event. Order to be settled by Daniels, J. Opinion by Daniels, J.

Algernon S. Sullivan, Respondent, v. Isaiah C. Babcock, Appellant, Impleaded, etc. — Order affirmed, without costs.

The People of the State of New York, Plaintiffs, v. Knickerbocker Insurance Company, Defendant. — Order affirmed, with ten dollars costs and disbursements.

William M. Baxter, Respondent, v. Robert Colgate, Appellant. — Order affirmed, with ten dollars costs and disbursements.

* Decisions handed down October 30, 1885.